UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORBIT ENERGY & POWER, LLC,

    Plaintiff,

v.                                 Case No.: 8:21-cv-1933-SDM-AAS

FRANCIS X. WASHART; ZACHARY
WASHART; KRIS RUFFENACH;
ZODIAC HOME SOLUTIONS, INC.;
CLIENT SOURCING, INC.; and
FLORA MAR 401, LLC,

    Defendants.
_____/

## ORDER

Plaintiff Orbit Energy & Power, LLC (Orbit) moves for a preliminary injunction and for an order permitting expedited discovery before the hearing on its motion for preliminary injunction. (Docs. 7, 8).

Orbit is directed to serve a copy of its motions as well as this order on the defendants and file a notice of compliance by **September 15, 2021**. The defendants' responses to Orbit's motions are due by **September 23, 2021**.

**ORDERED** in Tampa, Florida on September 9, 2021.

                                                    AMANDA ARNOLD SANSONE
                                                    United States Magistrate Judge