# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ORBIT ENERGY & POWER, LLC,**

    **Plaintiff,**

v.                                         Case No. 8:21-cv-01933-SDM-AAS

**FRANCIS X. WASHART; ZACHARY WASHART; KRIS RUFFENACH; ZODIAC HOME SOLUTIONS, INC.; CLIENT SOURCING, INC.; and FLORA MAR 401, LLC,**

    **Defendants.**
_____/

## ORDER

Plaintiff Orbit Energy & Power, LLC (Orbit) moves an extension of time to serve the court's September 9th order on Defendants Francis Washart and Client Sourcing, Inc. (Doc. 34).

The court's September 9, 2021 order directs Orbit to serve all defendants with Orbit's motion for preliminary injunction, motion for an order permitting expedited discovery, and a copy of the September 9th Order setting deadlines for service and responses. (Doc. 24). The September 9, 2021 order requires Orbit to file notices of compliance by September 15, 2021 and for the defendants to file responses to Orbit's motions by September 23, 2021. (*Id.*).

Orbit has been unable to timely serve Francis Washart and Client

Sourcing, Inc. with a copy of the September 9, 2021 order. Orbit's motion for extension establishes a good faith effort to comply with the court's deadlines and provides good cause for an extension.

Orbit's motion for extension of time to serve the September 9th order on Francis Washart and Client Sourcing, Inc. (Doc. 34) is **GRANTED**. Orbit must serve a copy of the September 9th order and this order on Francis Washart and Client Sourcing, Inc. and file a notice of compliance by **October 4, 2021**. Francis Washart's and Client Sourcing, Inc.'s responses to Orbit's motion for preliminary injunction and motion for an order permitting expedited discovery (Docs. 7, 8) are due by **October 18, 2021**.

**ORDERED** in Tampa, Florida on September 16, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge