UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORBIT ENERGY & POWER, LLC,

    Plaintiff,

vs.                                          CASE NO. 8:21-cv-01933-SDM-AAS

FRANCIS X. WASHART; ZACHARY
WASHART; KRIS RUFFENACH;
ZODIAC HOME SOLUTIONS, INC.;
CLIENT SOURCING, INC.; and
FLORA MAR 401, LLC

    Defendants.
_____/

**DEFENDANT KRIS RUFFENACH'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLY WITH ORDER ON RESPONSE TIMES**

Comes now, Defendant, Kris Ruffenach ("Ruffenach" or "Defendant"), through his undersigned counsel, moves for and extension of the deadlines to respond to Plaintiff's Motion for Expedited Discovery and Motion for Preliminary Injunction which were set by this Court in its order on September 9, 2021 (Doc. 24).  In support Defendant states:

1. The Order which is the subject of this motion (Doc. 24) required Plaintiff to serve defendants with copies of its motion for expedited discovery (Doc. 7) and Motion for Preliminary Injunction (Doc. 8) by September 15, 2021.

2. Although Defendant Ruffenach was served at approximately 8 PM with the Plaintiff's motions, he was only served with the summons and Complaint instituting this action on September 18, 2021 (Doc. 44).

3. Defendant is a New Jersey resident and was only able to finalize securing Florida counsel to represent him in this matter on September 22, 2021.

4. The motions involve many allegations of fact and are filed supported by Florida law when exhibit A to the Complaint, which is the employment contract between Plaintiff and Defendant Ruffenach clearly contains a New Jersey choice of law and venue selection in Section 15. Accordingly, there are issues of venue, jurisdiction and choice of law which need to be reviewed and addressed as part of the response in addition to the substantive response to Plaintiff's factual allegation and legal authority for an injunction broadly prohibiting Defendant from engaging in any home-improvement services over a four-state geographic scope.

5. Pursuant to this Court's order on September 16, 2021, co-Defendants Francis Washart and Client Sourcing, Inc. have received an extension to respond until October 18, 2021.

6. Accordingly, it would not prejudice Plaintiff and would be in the interest of judicial economy to extend Defendant Ruffenach's deadline to the same date so that the injunction can be considered simultaneously.

7. The motion is sought in good faith and not to create an unreasonable delay.

## CONCLUSION

Based on the foregoing, Defendant Ruffenach respectfully requests that this Court enter an order enlarging the time for Defendant Ruffenach to respond to the Plaintiff's motion for preliminary injunction and motion for expedited discovery by October 18, 2021. To the extent

there is no ruling on this Motion today, Defendant requests the opportunity to supplement or replace an oppositional response to the motions by October 18, 2021.

## Certificate of Conference

Pursuant to local rule 3.01(g), Middle District of Florida, the undersigned counsel has conferred with counsel for Plaintiff who was unable to confirm the Plaintiff's consent or objection to the relief requested as of the time of the filing of this motion.

                Respectfully submitted,

                /s/ Michael Stanton
                Michael J. Stanton
                Florida Bar No.: 0389463
                mstanton@sclawyergroup.com
                **STANTON CRONIN LAW GROUP, P.L.**
                6944 West Linebaugh Ave., Suite 102
                Tampa, Florida 33625
                Telephone: (813) 444-0155
                Facsimile: (813) 422-7955
                *Counsel for Defendant Ruffenach*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 23rd day of September 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF, which will send electronic filing to all attorneys of record.

                /s/ Michael Stanton