UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ORBIT ENERGY & POWER, LLC,**

    **Plaintiff,**

v.                                             Case No.: 8:21-cv-01933-SDM-AAS

**FRANCIS X. WASHART; ZACHARY
WASHART; KRIS RUFFENACH;
ZODIAC HOME SOLUTIONS, INC.;
CLIENT SOURCING, INC.; and
FLORA MAR 401, LLC,**

    **Defendants.**
_____/

## ORDER

Plaintiff Orbit Energy & Power, LLC (Orbit) requests leave to reply to Defendant Kris Ruffenach's amended memorandum in opposition to the Orbit's motions for expedited discovery and preliminary injunction. (Doc. 57).

Counsel for a moving party must confer with opposing counsel before filing most civil motions. *See* Local Rule 3.01(g)(1), M.D. Fla. ("Before filing a motion in a civil action, . . ., the movant must confer with the opposing counsel in a good faith effort of resolve the motion."). In addition, the motion must include a "Local Rule 3.01(g) Certification." *See* Local Rule 3.01(g)(2), M.D. Fla. The certification must: (1) certify that the movant has conferred with the opposing party, (2) state whether the parties agree on the resolution of all or

part of the motion, and (3) if the motion is unopposed, must explain the means by which the conference occurred. *See* Local Rule 3.01(g)(2)(A)-(C), M.D. Fla.

The motion does not indicate that Orbit's counsel conferred with Mr. Ruffenach's counsel prior to filing this motion,[1] nor does the motion include a "Local Rule 3.01(g) Certification." *Id.* Thus, Orbit's motion to for leave to file reply (Doc. 57) is **DENIED without prejudice** for failure to comply with the Local Rules, M.D. Fla.

**ORDERED** in Tampa, Florida on October 29, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] This pre-filing requirement contemplates a substantive discussion, not a one-way communication, such as a letter without further discussion.

2