UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORBIT ENERGY & POWER, LLC,

    Plaintiff,

v.                              CASE NO. 8:21-cv-1933-SDM-AAS

FRANCIS X. WASHART, et al.,

    Defendants.
_____/

**ORDER**

To certify compliance with Local Rule 3.01, the Washart defendants submit an amended motion (Doc. 105) to dismiss. Accordingly, the earlier motion (Doc. 104) to dismiss is **DENIED AS MOOT**. The plaintiff's unopposed motion (Doc. 107) to extend the time within which to respond to the Washart defendants' motion to dismiss is **GRANTED**. Not later than **MAY 6, 2022**, the plaintiff must respond.

ORDERED in Tampa, Florida, on April 29, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE